IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bates, Victor W

Printed: 1/29/08

Case Number: 07 B 14347
Judge: Hollis, Pamela S
Filed: 8/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,182.50 |
| Trustee Fee: |  | 67.50 |
| Other Funds: |  | 0.00 |
| Totals: | 1,250.00 | 1,250.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,824.00 | 1,182.50 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 2,213.70 | 0.00 |
| 4. | LaTonya Rhodes | Unsecured | 0.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Unsecured | 0.00 | 0.00 |
| 6. | Federated Retail Holdings Inc | Unsecured | 6,844.52 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 8,904.66 | 0.00 |
| 8. | Target National Bank | Unsecured | 146.35 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 934.26 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 74.41 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 191.10 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 2,162.67 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 348.10 | 0.00 |
| 14. | Washington Mutual Bank FA | Secured |  | No Claim Filed |
| 15. | Angela Foster | Priority |  | No Claim Filed |
| 16. | MCYDSNB | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 18. | Danbury Mint | Unsecured |  | No Claim Filed |
| 19. | LaTonya Rhodes | Unsecured |  | No Claim Filed |
| 20. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 21. | Shell Citibank | Unsecured |  | No Claim Filed |
| 22. | OSI Recovery Solutions | Unsecured |  | No Claim Filed |
| 23. | Sullivan Urgent Aid Centers | Unsecured |  | No Claim Filed |
| 24. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 25. | MCYDSNB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bates, Victor W

Printed: 1/29/08

Case Number: 07 B 14347
Judge: Hollis, Pamela S
Filed: 8/9/07

| | | | |
|---|---|---|---|
| 26. | Circuit Court of Cook County | Unsecured | No Claim Filed |
| 27. | Chase Home Finance | Unsecured | No Claim Filed |
| 28. | Anesthesia Assoc | Unsecured | No Claim Filed |

_____  _____
$ 23,643.77   $ 1,182.50

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 67.50 |

_____
$ 67.50

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ MMack*